## MACCOUN v. THE INDIANA AND ILLINOIS CENTRAL RAILWAY COMPANY.

*Friday,*
*June 5.*

APPEAL from the *Hendricks* Court of Common Pleas.

*Per Curiam.*—This case involves precisely the same facts, and the same state of pleadings, as *Hornaday* v. *The Indiana and Illinois Central Railway Company*, at the present term (1).   For the reasons there given, the same judgment follows.

The judgment is affirmed, with 2 per cent. damages and costs.

*H. C. Newcomb*, *J. S. Harvey* and *J. M. Gregg*, for the appellant.

*C. C. Nave*, for the appellees.

May Term,
**1857.**

HORNADAY
v.
THE INDIANA
&c., RAILWAY
Co.

(1) The case next following.